IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP LLC,<br><br>                        Defendants. | 1:11-cv-01068-TDS-PTS<br><br>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT CULLIGAN INTERNATIONAL COMPANY |

     PLEASE TAKE NOTICE that in addition to Alan M. Ruley of Bell, Davis & Pitt, P.A., MICHAEL T. LEIGH of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, NY 10022, will appear in the case captioned above on behalf of Defendant Culligan International Company. The undersigned respectfully requests that notice of electronic filing of all papers in the action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to Mr. Leigh at the address given below.

Michael T. Leigh
919 Third Ave.
New York, NY 10022
(212) 909-6684
mtleigh@debevoise.com

This the 13th day of January, 2012.

/s/Alan M. Ruley
ALAN M. RULEY
N.C. State Bar No. 16407
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27120-1029
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153
Attorneys for Defendant Culligan
International Company

OF COUNSEL:

DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY 10022
Telephone: (212) 909-6684

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Leslie Bruce McDaniel
MCDANIEL & ANDERSON LLP
Email: mcdas@mcdas.com
Attorneys for Plaintiffs

Samuel H. Rudman
David A. Rosenfeld
Evan J. Kaufman
ROBBINS GELLER RUDMAN & DOWD LLP
Attorneys for Plaintiff

Kiran H. Mehta
Molly Leigh McIntosh
K&L GATES LLP
Attorneys for Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore

Douglas W. Ey, Jr.
Mark W. Kinghorn
R. Matthew Pearson
MCGUIREWOODS LLP
Attorneys for Defendants Stifel, Nicolaus & Company, Inc., BB&T Capital Markets, Janney Montgomery Scott, LLC, and Signal Hill Capital Group, LLC

/s/ Alan M. Ruley
ALAN M. RULEY
N.C. State Bar No. 16407