IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP LLC,<br><br>      Defendants. | 1:11-cv-01068-TDS-PTS |

**NOTICE OF APPEARANCE**

Notice is hereby given that Douglas W. Greene of the law firm of K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158, hereby enters his appearance in this action, as co-counsel on behalf of the Defendant Primo Water Corporation ("Primo"), and Defendants Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore (collectively, the "Director/Officer Defendants"), together with Kiran H. Mehta and Molly L. McIntosh also of K&L Gates LLP, Charlotte office. It is

CH-3099648 v1

respectfully requested that all pleadings, notices, and other communications directed to the aforementioned Defendants also be served upon the undersigned as co-counsel for said Primo and the Director/Officer Defendants. This entry of appearance is made pursuant to Rule 83.1(d) of the Local Rules of the Middle District of North Carolina, and to ensure that the undersigned counsel receives electronic notice of filings through the CM/ECF system.

Respectfully submitted this 18th day of January, 2012.

/s/ Douglas W. Greene
Douglas W. Greene
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7594
Facsimile: (206) 623-7022
Email: doug.greene@klgates.com

/s/ Kiran H. Mehta
Kiran H. Mehta
N.C. State Bar No. 11011
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331-7437
(704) 353-3137 fax
Email: kiran.mehta@klgates.com

*Attorneys for Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore*

OF COUNSEL:

K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the registered participants, as follows:

Leslie Bruce McDaniel
MCDANIEL & ANDERSON, LLP
Email: mcdas@mcdas.com

*Attorneys for Plaintiffs*

Daniel Alan M. Ruley
BELL DAVIS & PITT, P.A.
Email: aruley@belldavispitt.com

Mark P. Goodman
Michael T. Leigh
DEBEVOISE & PLIMPTON LLP
Email: mpgoodman@debevoise.com
Email: mtleigh@debevoise.com

*Attorneys for Defendant Culligan International Company*

Douglas William Ey, Jr.
Mark W. Kinghorn
R. Matthew Pearson
MCGUIREWOODS, LLP
Email: dey@mcguirewoods.com
Email: mark.kinghorn@hmw.com
Email: mpearson@mcguirewoods.com

*Attorneys for Defendants Stifel, Nicolaus & Company, Inc. , BB&T Capital Markets, Janney Montgomery Scott LLC and Signal Hill Capital Group LLC,*

- 4 -

This 18th day of January, 2012.

/s/ Douglas W. Greene
Douglas W. Greene
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7594
Facsimile: (206) 623-7022
Email: doug.greene@klgates.com

*Attorneys for Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore*