| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| L. Bruce McDaniel, Esq.<br>McDaniel & Anderson LLP<br>Lafayette Square<br>4942 Windy Hill Drive<br>Raleigh, NC 27609<br>Telephone No: 919-872-3000  FAX No: 919-790-9273 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Middle District Of North Carolina

Plaintiff: Plymouth County Retirement Association
Defendant: Primo Water Corporation, et al.,

| AFFIDAVIT OF SERVICE<br>Summons / Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>11CV01068 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge

3. a. Party served:  Andrew J. Filipowski
   b. Person served:  party in item 3a

4. Address where the party was served:  50 E Chestnut Street
   Chicago, IL 60611

5. I served the party:
   b. by substituted service. On: Fri., Feb. 03, 2012 at: 1:50PM by leaving the copies with or in the presence of:
   Brian Smith, Doorman at Defendants Building / Authorized to Accept deliveries for all tenants, African American Male, 36 Years Old, 6 Feet 2 Inches, 200 Pounds, wearing glasses
   (2) (Home) Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Robert Regalado
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of ILLINOIS that the foregoing is true and correct.

   1-8-12
   (Date)                    (Signature)

8. STATE OF ILLINOIS, COUNTY OF Lake
   Subscribed and sworn to (or affirmed) before me on this 8th day of February, 2012 by Robert Regalado proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   OFFICIAL SEAL
   JOANNA L REGALADO
   NOTARY PUBLIC - STATE OF ILLINOIS
   MY COMMISSION EXPIRES:10/25/15

   AFFIDAVIT OF SERVICE
   Summons / Complaint
                                    (Notary Signature)
                                                          lbmcd.125153