| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| L. Bruce McDaniel, Esq.<br>McDaniel & Anderson LLP<br>Lafayette Square<br>4942 Windy Hill Drive<br>Raleigh, NC 27609<br>Telephone No: 919-872-3000  FAX No: 919-790-9273 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Middle District Of North Carolina
Plaintiff: Plymouth County Retirement Association
Defendant: Primo Water Corporation, et al.,

| AFFIDAVIT OF SERVICE<br>Summons / Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>11CV01068 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge

3. a. Party served:  Andrew J. Filipowski
   b. Person served:  party in item 3a

4. Address where the party was served:  50 E Chestnut Street
   Chicago, IL 60611

5. I served the party:
   b. by substituted service. On: Fri., Feb. 03, 2012 at: 1:50PM by leaving the copies with or in the presence of:
   Brian Smith, Doorman at Defendants Building / Authorized to Accept deliveries for all tenants, African American Male, 36 Years Old, 6 Feet 2 Inches, 200 Pounds, wearing glasses
   (2) (Home) Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Robert Regalado
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4953

Fee for Service:
I Declare under penalty of perjury under the laws of the State of ILLINOIS that the foregoing is true and correct.

1-8-12
(Date)                    (Signature)

8. STATE OF ILLINOIS, COUNTY OF __Lake__
Subscribed and sworn to (or affirmed) before me on this __8th__ day of __February, 2012__ by Robert Regalado proved to me on the basis of satisfactory evidence to be the person who appeared before me.

OFFICIAL SEAL
JOANNA L REGALADO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/25/15

AFFIDAVIT OF SERVICE
Summons / Complaint                    (Notary Signature)
                                                                        lbmcd.125153

| Attorney or Party without Attorney: <br> L. Bruce McDaniel, Esq. <br> McDaniel & Anderson LLP <br> Lafayette Square <br> 4942 Windy Hill Drive <br> Raleigh, NC 27609 <br> Telephone No: 919-872-3000    FAX No: 919-790-9273 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Middle District Of North Carolina | |
| Plaintiff: Plymouth County Retirement Association | |
| Defendant: Primo Water Corporation, et al., | |

| **AFFIDAVIT OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 11CV01068 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:        Wed., Feb. 08, 2012
    b. Place of Mailing:       Penryn, CA 95663
    c. Addressed as follows:   Andrew J. Filipowski
                               50 E Chestnut Street
                               Chicago, IL 60611

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 08, 2012 in the ordinary course of business.

5. Person Serving
    a. Janis Dingman
    b. Class Action Research & Litigation
       P O Box 740
       Penryn, CA 95663
    c. (916) 663-2562, FAX (916) 663-4955

    Fee for Service:
    I Declare under penalty of perjury under the CALIFORNIA that the foregoing is true and correct.
    foregoing is true and correct.

    2/8/12
    (Date)          (Signature)

8. STATE OF CALIFORNIA, COUNTY OF Placer
   Subscribed and sworn to (or affirmed) before me on this  8  day of February  by Janis Dingman
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   A. CERVANTES-BRENNAN
   COMM. #1949589
   NOTARY PUBLIC • CALIFORNIA
   PLACER COUNTY
   Comm. Exp. AUG. 25, 2015

   AFFIDAVIT OF SERVICE    A Cervantes-Brennan
   By Mail                 (Notary Signature)

   lbmcd.125153