IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 11-cv-1068

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br> v.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP, LLC,<br><br>  Defendants. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |

  Jonathan P. Heyl of the law firm of Smith Moore Leatherwood LLP, 525 North Tryon Street, Suite 1400, Charlotte, North Carolina 28202, hereby gives notice of appearance as counsel for Defendant Andrew J. Filipowski. It is respectfully requested that all pleadings, notices, and other communications directed to the aforementioned Defendant also be served upon the undersigned as counsel for Mr. Filipowski. The purpose of this entry of appearance is to ensure that the undersigned counsel receives electronic notice of filings through the CM/ECF system.

This the 27th day of February, 2012.

/s/ Jonathan P. Heyl
Jonathan P. Heyl
N.C. Bar No. 25559
Jon.Heyl@smithmoorelaw.com
SMITH MOORE LEATHERWOOD LLP
525 N. Tryon Street, Suite 1400
Charlotte, NC 28202
Telephone: (704) 384-2625
Facsimile: (704) 384-2909
*Attorney for Defendant Andrew J. Filipowski*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing **Notice of Appearance** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie Bruce McDaniel
MCDANIEL & ANDERSON, LLP
POB 58186
Raleigh, NC 27658
919-872-3000
Fax: 919-790-9273
Email: mcdas@mcdas.com

Samuel H. Rudman
David A. Rosenfeld
Evan J. Kaufman
ROBBINS GELLER RUDMAN &
DOWD LLP
58 S. Service Rd., Ste. 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com

Kiran H. Mehta
NEXSEN PRUET, PLLC
227 W. Trade Street
Suite 1550
Charlotte, NC 28202
704-331-7437
Fax: 704-353-3137
Email: kiran.mehta@klgates.com

Douglas W. Greene
K&L GATES LLP
925 Fourth Ave., Ste. 2900
Seattle, WA 98104-1158
206-370-7594
Fax: 206-623-7022
Email: doug.greene@klgates.com

Molly Leigh McIntosh
K&L GATES LLP
Hearst Tower, 47th Floor
214 N. Tryon St.
Charlotte, NC 28202
704-331-7547
Fax: 704-353-3247
Email: molly.mcintosh@klgates.com

Daniel Alan M. Ruley
BELL DAVIS & PITT, P.A.
POB 21029
Winston-Salem, NC 27120-1029
336-714-4147
Fax: 336-722-8153
Email: aruley@belldavispitt.com

| | |
|---|---|
| Mark P. Goodman<br>Michael T. Leigh<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Ave.<br>NEW YORK, NY 10022<br>212-909-7253<br>Fax: 212-521-7253<br>Email: mpgoodman@debevoise.com<br>            mtleigh@debevoise.com | Douglas W. Ey, Jr.<br>MCGUIRE WOODS LLP<br>100 North Tryon Street<br>Suite 2900<br>CHARLOTTE, NC 28231-1247<br>704-343-2076<br>Fax: 704-373-8935<br>Email: dey@mcguirewoods.com<br>            kinghorn@mcguirewoods.com<br>            mpearson@mcguirewoods.com |

This the 27th day of February, 2012.

/s/ Jonathan P. Heyl
Jonathan P. Heyl
*Attorney for Defendant Andrew J. Filipowski*