| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| L. Bruce McDaniel, Esq.<br>McDaniel & Anderson LLP<br>Lafayette Square<br>4942 Windy Hill Drive<br>Raleigh, NC 27609<br>Telephone No: 919-872-3000  FAX No: 919-790-9273 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Middle District Of North Carolina

Plaintiff: Plymouth County Retirement Association
Defendant: Primo Water Corporation, et al.,

| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>11CV01068 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge

3. a. Party served: Carl V. Santoiemmo
   b. Person served: Carl V. Santoiemmo, Personally, Caucasian, Male, 65 Years Old, Bald Hair, 5 Feet 5 Inches, 160 Pounds

4. Address where the party was served: 8320 Devon Court
   Chagrin Falls, OH 44023

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Feb. 25, 2012 (2) at: 1:45PM

7. Person Who Served Papers:
   a. Jason Butler
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Date: 2/28/12

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of OHIO that the foregoing is true and correct.

   (Signature)
   **PRIVATE PROCESS SERVER**
   **STATE OF OHIO - ALL COUNTIES**

8. STATE OF OHIO, COUNTY OF __Summit__
   Subscribed and sworn to (or affirmed) before me on this __25th__ day of __Feb., 2012__ by Jason Butler proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons / Complaint

   (Notary Signature)
   lbmcd.125148
   Jennie L. Bergemann
   Resident Summit County
   Notary Public, State of Ohio
   My Commission Expires: 03/22/2014