# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLYMOUTH COUNTY RETIREMENT
ASSOCIATION, on Behalf of Itself and All
Others Similarly Situated,

        Plaintiffs,

  vs.

PRIMO WATER CORPORATION, BILLY D.
PRIM, MARK CASTANEDA, DAVID J.
MILLS, RICHARD A. BRENNER, DAVID
W. DUPREE, MALCOLM McQUILKIN,
DAVID L. WARNOCK, JACK C. KILGORE,
CULLIGAN INTERNATIONAL COMPANY,
ANDREW J. FILIPOWSKI, CARL V.
SANTOIEMMO, STIFEL, NICOLAUS &
COMPANY, INC., BB&T CAPITAL
MARKETS, JANNEY MONTGOMERY
SCOTT LLC, and SIGNAL HILL CAPITAL
GROUP LLC,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**1:11-cv-01068-TDS-PTS**

## JOINT MOTION TO ESTABLISH DEADLINES FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO

Plaintiff Plymouth County Retirement Association ("Plaintiff") and defendants Primo Water

Corporation ("Primo" or the "Company"), Billy D. Prim, Mark Castaneda, David J. Mills, Richard

A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, Jack C. Kilgore, Culligan

International Company, Andrew J. Filipowski, Carl V. Santoiemmo, Stifel, Nicolaus & Company,

Inc., BB&T Capital Markets, Janney Montgomery Scott LLC, and Signal Hill Capital Group LLC

(collectively, "Defendants") (collectively with Plaintiff, the "Parties") respectfully submit this Joint

Motion to Establish Deadlines for Filing Amended Complaint and Defendants' Responses Thereto. In support, the Parties state:

1.      On December 2, 2011, Plaintiff, on behalf of itself and all others similarly situated, filed a purported Class Action Complaint for Violations of Federal Securities Laws (the "Complaint").

2.      The Complaint is brought on behalf of a putative class of all persons or entities who acquired Primo common stock pursuant or traceable to the Company's initial public offering on or about November 4, 2010, and the Company's offering of common stock on or about June 17, 2011, as well as purchasers of Primo common stock between November 4, 2010 and August 10, 2011. The Complaint alleges claims for violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 10b-5 promulgated thereunder.

3.      As set forth in the Court's January 30, 2012 Orders, Defendants are not required to respond to Plaintiff's Complaint, or any complaint in this matter, until the Lead Plaintiff and Lead Plaintiff's counsel have been designated, and an Amended Complaint has been filed [Dkt. Nos. 16 and 17].

4.      The Parties have agreed to and seek to establish the following deadlines:

(a)      Due to the complex nature of this action, Lead Plaintiff shall file and serve its Amended Complaint within sixty (60) days after entry of an order appointing Lead Plaintiff and Lead Plaintiff's counsel, or inform Defendants' counsel that it will not do so.

(b)      The time for Defendants to answer, move, or otherwise plead with respect to the Complaint or an Amended Complaint shall be as follows:

(i)        If Lead Plaintiff informs Defendants' counsel that it will not file an Amended Complaint, the (A) Defendants shall answer, move against, or otherwise respond to the Complaint within sixty (60) days of their receipt of such written notice; (B) Lead Plaintiff shall have sixty (60) days thereafter to oppose any motion(s) to dismiss that may be filed by Defendants; and (C) Defendants shall have sixty (60) days after the filing of Lead Plaintiff's opposition papers to file their reply.

(ii)       If Lead Plaintiff files an Amended Complaint, then: (A) Defendants shall answer, move against, or otherwise respond to the Amended Complaint within sixty (60) days after service; (B) Lead Plaintiff shall have sixty (60) days thereafter to oppose any motion(s) to dismiss that may be filed by Defendants; and (C) Defendants shall have sixty (60) days after the filing of Lead Plaintiff's opposition papers to file their reply.

DATED:  March 7, 2012              ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                 SAMUEL H. RUDMAN
                                 DAVID A. ROSENFELD
                                 EVAN J. KAUFMAN

                                     */s/ Evan J. Kaufman*
                                     EVAN J. KAUFMAN

                                 58 South Service Road, Suite 200
                                 Melville, NY  11747
                                 Telephone:  631/367-7100
                                 631/367-1173 (fax)
                                 srudman@rgrdlaw.com
                                 drosenfeld@rgrdlaw.com
                                 ekaufman@rgrdlaw.com

McDANIEL & ANDERSON, L.L.P.
L. BRUCE McDANIEL (NC State Bar No. 5025)
P.O. Box 58186
Raleigh, NC 27658
Telephone: 919/872-3000
919/790-9273 (fax)
mcdas@mcdas.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
ROBERT J. ROBBINS
KATHLEEN L. BARBER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
dgeorge@rgrdlaw.com
rrobbins@rgrdlaw.com
kbarber@rgrdlaw.com

*Attorneys for Plaintiff*

DATED: March 7, 2012

McGUIREWOODS, LLP
DOUGLAS W. EY, JR.
MARK W. KINGHORN
R. MATTHEW PEARSON


*/s/ Douglas W. Ey, Jr.*
DOUGLAS W. EY, JR.

100 N. Tryon Street, Suite 2900
Charlotte, NC 28231-1247
Telephone: 704/343-2076
704/373-8935 (fax)
dey@mcguirewoods.com
mkinghorn@mcguirewoods.com
mpearson@mcguirewoods.com

*Attorneys for Defendants Andrew J. Filipowski;*
*Carl V. Santoiemmo; Stifel, Nicolaus & Company,*
*Inc.; BB&T Capital Markets; Janney Montgomery*
*Scott LLC; Signal Hill Capital Group LLC*

- 4 -

DATED:  March 7, 2012                         K&L GATES LLP
                                              KIRAN H. MEHTA

                                              _____
                                                      /s/ Kiran H. Mehta
                                                      KIRAN H. MEHTA
                                              Molly Leigh McIntosh
                                              Hearst Tower, 47th Floor
                                              214 N. Tryon Street
                                              Charlotte, NC  28202
                                              Telephone:  704/331-7547
                                              704/353-3247 (fax)
                                              kiran.mehta@klgates.com
                                              molly.mcintosh@klgates.com

                                              Douglas W. Greene
                                              K&L GATES LLP
                                              925 Fourth Ave., Suite 2900
                                              Seattle, WA  98104-1158
                                              Telephone:  206/370-7594
                                              206/623-7022 (fax)
                                              doug.greene@klgates.com

                                              **Attorneys for Defendants Primo Water
                                              Corporation, Billy D. Prim, Mark Castaneda,
                                              David J. Mills, Richard A. Brenner, David W.
                                              Dupree, Malcolm McQuilkin, David L. Warnock,
                                              and Jack C. Kilgore**

DATED:  March 7, 2012                         BELL, DAVIS & PITT, PA
                                              DANIEL ALAN M. RULEY

                                              _____
                                                      /s/ Daniel Alan M. Ruley
                                                      DANIEL ALAN M. RULEY

                                              P.O. Box 21029
                                              Winston-Salem, NC  27120-1029
                                              Telephone:  336/714-4147
                                              336/722-8153 (fax)
                                              aruley@belldavispitt.com

- 5 -

Mark P. Goodman
Michael T. Leigh
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212/909-7253
212/521-7253 (fax)
mpgoodman@debevoise.com
mtleigh@debevoise.com

***Attorneys for Defendant Culligan International Company***

DATED: March 7, 2012            SMITH MOORE LEATHERWOOD LLP
                                JONATHAN P. HEYL


                                */s/ Jonathan P. Heyl*
                                JONATHAN P. HEYL

                                525 North Tryon Street, Suite 1400
                                Charlotte, NC 28202
                                Telephone: 704/384-2600
                                704/384-2800 (fax)
                                jon.heyl@smithmoorelaw.com

                                ***Attorneys for Defendant Andrew J. Filipowski***

DATED: March 7, 2012            ULMER BERNE LLP
                                FRANCES FLORIANO GOINS
                                ISAAC J. EDDINGTON


                                */s/ Frances Floriano Goins*
                                FRANCES FLORIANO GOINS

                                1660 West 2nd Street, Suite 1100
                                Cleveland, OH 44113
                                Telephone: 216/583-7000
                                216/583-7001 (fax)
                                fgoins@ulmer.com
                                ieddington@ulmer.com

                                ***Attorneys for Defendant Carl V. Santoiemmo***

- 6 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Evan J. Kaufman*
Evan J. Kaufman