# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP LLC,<br><br>                Defendants. | **1:11-cv-01068-TDS-PTS** |

### [PROPOSED] ORDER ON JOINT MOTION TO ESTABLISH DEADLINES FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Establish Deadlines for Filing Amended Complaint and Defendants' Responses Thereto. Having carefully considered the Motion and being otherwise fully advised in the premises, it is

**HEREBY ORDERED** and **ADJUDGED** that the Motion is approved, and that the Parties shall proceed on the following schedule:

(a) Lead Plaintiff shall file and serve its Amended Complaint within sixty (60) days after entry of an order appointing Lead Plaintiff and Lead Plaintiff's counsel, or inform Defendants' counsel that it will not do so.

(b) The time for Defendants to answer, move, or otherwise plead with respect to the Complaint or an Amended Complaint shall be as follows:

(i) If Lead Plaintiff informs Defendants' counsel that it will not file an Amended Complaint, then (A) Defendants shall answer, move against, or otherwise respond to the Complaint within sixty (60) days of their receipt of such written notice; (B) Lead Plaintiff shall have sixty (60) days thereafter to oppose any motion(s) to dismiss that may be filed by Defendants; and (C) Defendants shall have sixty (60) days after the filing of Lead Plaintiff's opposition papers to file their reply.

(ii) If Lead Plaintiff files an Amended Complaint, then: (A) Defendants shall answer, move against, or otherwise respond to the Amended Complaint within sixty (60) days after service; (B) Lead Plaintiff shall have sixty (60) days thereafter to oppose any motion(s) to dismiss that may be filed by Defendants; and (C) Defendants shall have sixty (60) days after the filing of Lead Plaintiff's opposition papers to file their reply..

DONE and ORDERED on this ____ day of _____, 2012.

_____
UNITED STATES MAGISTRATE JUDGE