IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 11-CV-1068-TDS-PTS

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiffs<br><br>v.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM MCQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T, CAPITAL MARKETS, JANNEY MONTGOMERY, SCOTT, LLC, AND SIGNAL HILL CAPITAL GROUP, LLC,<br>    Defendants | NOTICE OF APPEARANCE |

Thomas S. Babel, Esq. of the firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as counsel of record in this action for Defendant Carl V. Santoiemmo.

This the 15th day of March, 2012.

                                  /s/Thomas S. Babel
                                  N.C. State Bar I.D. No.: 35004
                                  email: tsb@wardandsmith.com
                                  For the firm of
                                  Ward and Smith, P.A.
                                  Post Office Box 7068
                                  Wilmington, NC 28406-7068
                                  Telephone: 910.794.4800
                                  Facsimile: 910.794.4877
                                  Attorneys for Defendant Carl V. Santoiemmo

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I electronically filed DEFENDANT CARL V. SANTOIEMMO'S NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Plymouth County Retirement Association, Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, Jack C. Kilgore, Culligan International Company, Andrew J. Filipowski, Stifel, Nicolaus & Company, Inc., BB&T, Capital Markets, Janney Montgomery, Scott, LLC, and Signal Hill; Capital Group, LLC.

/s/Thomas S. Babel
N.C. State Bar I.D. No.: 35004
email: tsb@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
Attorneys for Defendant Carl V. Santoiemmo

ND: 4812-9670-8366, v. 1