IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 1:11-CV-1068-TDS-PTS

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br>          Plaintiff<br><br>          v.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM MCQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T, CAPITAL MARKETS, JANNEY MONTGOMERY, SCOTT, LLC, AND SIGNAL HILL CAPITAL GROUP, LLC,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF APPEARANCE** |

Frances Floriano Goins, Esq. and Isaac Eddington, Esq. of the law firm of Ulmer & Berne, LLP, provide notice, pursuant to Rule 83.1(d) of the Local Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina, that they are entering an appearance as counsel of record in the referenced-action for Defendant Carl V. Santoiemmo ("Defendant Santoiemmo"). Frances Floriano Goins and Isaac Eddington state further:

          1.       Unless permitted to withdraw sooner by Order of this Court, they will continue to represent the Defendant Santoiemmo in this proceeding until a final determination,

and agree to be subject to the orders and amenable to the disciplinary action in the civil jurisdiction of the General Courts of Justice and the North Carolina State Bar in all respects as if they were regularly admitted and licensed as members in good standing of the North Carolina Bar.

2. They have associated with Thomas S. Babel, Esq. of the law firm of Ward and Smith, P.A., who personally will appear and who is a resident of this State and is legally permitted to practice in this Court and in the General Courts of Justice of the State of North Carolina.

3. Frances Floriano Goins was admitted to the Ohio State Bar on 11/04/1977, Ohio Bar No. 0018631. She also is admitted to practice in the United States Court of Appeals for the Sixth Circuit and in the United States District Court for the Northern District of Ohio. She currently provides representation of the Defendant Santoiemmo in this case in association with the firm of Ward and Smith, P.A.

4. Isaac Eddington was admitted to the Ohio State Bar on 11/20/00, Ohio Bar No. 0072966. He also is admitted to practice in the United States Court of Appeals for the Sixth Circuit and in the United States District Court for the Northern District of Ohio. He currently provides representation of the Defendant Santoiemmo in this case in association with the firm of Ward and Smith, P.A.

This the 15th day of March, 2012

/s/Thomas S. Babel
N.C. State Bar I.D. No.:  35004
Email:  tsb@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC  28406-7068
Telephone:  (910) 794-4800
Facsimile:  (910) 794-4877

Local Rule 83.1 Attorneys for Defendant
Carl V. Santoiemmo

Frances Floriano Goins
OH State Bar I.D. No. 0018631
Email:  fgoins@ulmer.com
Isaac Eddington
OH State Bar I.D. No.  0072966
Email:  ieddington@ulmer.com
Ulmer & Berne, LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Telephone:  (216) 583-7000
Facsimile:  (216) 583-7203

Attorneys for Defendant Carl V. Santoiemmo

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**CIVIL ACTION FILE NO. 1:11-CV-1068-TDS-PTS**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br>          Plaintiff<br><br>     v.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM MCQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V.; SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T, CAPITAL MARKETS, JANNEY; MONTGOMERY, SCOTT, LLC, AND SIGNAL HILL CAPITAL GROUP, LLC,<br>          Defendants | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 15, 2012, I electronically filed this NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Leslie Bruce McDaniel, Evan J. Kaufman, Kiran H. Mehta, Douglas W. Greene, Molly Leigh McIntosh, Daniel Alan M. Ruley, Mark P. Goodman, Michael T. Leigh, Jonathan P. Heyl, Douglas William Ey, Jr, Mark W. Kinghorn, and R. Matthew Pearson.

/s/Thomas S. Babel
N.C. State Bar I.D. No.:  35004
Email:  tsb@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC  28406-7068
Telephone:  (910) 794-4800
Facsimile:  (910) 794-4877

Local Rule 83.1 Attorneys for Defendant
Carl V. Santoiemmo

Frances Floriano Goins
OH State Bar I.D. No. 0018631
Email:  fgoins@ulmer.com
Isaac Eddington
OH State Bar I.D. No. 0072966
Email:  ieddington@ulmer.com
Ulmer & Berne, LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Telephone:  (216) 583-7000
Facsimile:  (216) 583-7203

Attorneys for Defendant Carl V. Santoiemmo