IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:11-cv-01068-TDS-PTS

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMO WATER CORPORATION; et al.,<br><br>Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Stifel, Nicolaus & Company, Inc., BB&T Capital Markets, a division of Scott & Stringfellow, LLC, Janney Montgomery Scott LLC, and Signal Hill Capital Group LLC, submit this Corporate Disclosure Statement, disclosing as follows:

1. Stifel, Nicolaus & Company, Inc. is not a publicly held company. Stifel, Nicolaus & Company, Inc. is a wholly owned subsidiary of Stifel Financial Corp., a publicly held company.

2. BB&T Capital Markets is not a publicly held company. BB&T Capital Markets is a division of Scott & Stringfellow LLC, which is a wholly owned non-bank subsidiary of BB&T Corporation, a publicly held company. BB&T Corporation owns

10% or more of the stock of Scott & Stringfellow, LLC.  No other publicly held corporation owns 10% or more of Scott & Stringfellow, LLC's stock.

3. Janney Montgomery Scott LLC ("Janney"), a full-service financial services firm, is a Delaware limited liability company with its principal place of business in Philadelphia, Pennsylvania.  Janney is a wholly owned subsidiary of Independence Square Properties LLC ("ISP"), a limited liability company incorporated under the laws of the State of Delaware with its principal place of business in Horsham, Pennsylvania.  ISP is the sole member of Janney and is owned 5% by The Penn Insurance and Annuity Company ("PIA") and 95% by Penn Mutual Life Insurance Company (Penn Mutual).  PIA and Penn Mutual are the sole members of ISP.   PIA is a Delaware corporation and Penn Mutual is incorporated in the Commonwealth of Pennsylvania, and both have their principal place of business in Horsham, Pennsylvania.  No publicly held company owns 10% or more of Janney's stock.

4. Signal Hill Capital Group LLC is owned 99.9% by Signal Hill Holdings LLC and 0.1% by ALJAM Irrevocable Trust.  None of these entities are publicly held, and no publicly held company owns 10% or more of either Signal Hill Holdings, Signal Hill Capital Group, or ALJAM.

This the 12th day of April 2012.

/s/ R. Matthew Pearson
Douglas W. Ey, Jr. (NC Bar No. 8752)
dey@mcguirewoods.com
R. Matthew Pearson (NC Bar No. 35494)
mpearson@mcguirewoods.com

MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: 704.343.2000
Facsimile: 704.343.2300

*Attorneys for Defendants Stifel, Nicolaus & Company, Inc.; BB&T Capital Markets, Inc., a division of Scott & Stringfellow, LLC; Janney Montgomery Scott, LLC; and Signal Hill Capital Group LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the registered participants, as follows:

Leslie Brice McDaniel
MCDANIEL & ANDERSON, LLP
mcdas@mcdas.com
Evan J. Kaufman
ROBBINS GELLER RUDMAN & DOWD LLP
ekaufman@rgrdlaw.com
*Attorneys for Plaintiffs*

Kiran H. Mehta
kiran.mehta@klgates.com
Molly L. McIntosh
molly.mcintosh@klgates.com
Douglas W. Greene
doug.greene@klgates.com
K&L GATES LLP
*Attorneys for Defendants Primo Water Corporation; Billy D. Prim; Mark Castaneda; David J. Mills; Richard A. Brenner; David W. Dupree; Malcolm McQuilkin; David L. Warnock; and Jack C. Kilgore*

Daniel Alan M. Ruley
aruley@belldavispitt.com
BELL DAVIS & PITT, P.A.
Mark P. Goodman
mpgoodman@debevoise.com
Michael T. Leigh
mtleigh@debevoise.com
DEBEVOISE & PLIMPTON LLP
*Attorneys for Defendant Culligan International Company*

Thomas S. Babel
tsb@wardandsmith.com
WARD & SMITH, P.A.
Frances Floriano Goins
fgoins@ulmer.com
Isaac J. Eddington
ieddington@ulmer.com
ULMER & BERNE, LLP
*Attorneys for Defendant Carl V. Santoiemmo*

Jonathan P. Heyl
jon.heyl@smithmoorelaw.com
SMITH MOORE, LLP
*Attorneys for Defendant Andrew J. Filipowski*

This the 12th day of April, 2012.

                                                /s/ R. Matthew Pearson.
                                                R. Matthew Pearson