IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP LLC, <br><br> Defendants. | **1:11-cv-01068-TDS-LPA** |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Primo Water Corporation, who is a Defendant in the above-captioned matter ("Primo") hereby makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is party a publicly held corporation or other publicly held entity?

    ( X ) Yes              ( ) No

2. Does party have any parent corporations?

    ( ) Yes              ( X ) No

If yes, identify all parent corporations, including grandparent and great grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   (   ) Yes                     ( X ) No

   If yes, identify all such owners: N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   (   ) Yes                     ( X ) No

   If yes, identify entity and nature of interest: N/A

This the 12th day of April, 2012.

/s/ Kiran H. Mehta
Kiran H. Mehta
N.C. State Bar No. 11011
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331-7437
(704) 353-3137 fax
kiran.mehta@klgates.com

*Attorneys for Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the registered participants, as follows:

Leslie Bruce McDaniel
Email: mcdas@mcdas.com
*Counsel for Plaintiff Plymouth County Retirement Association and Movant Employee Retirement System of the Government of the Virgin Islands*

Evan J. Kaufman
Email: ekaufman@rgrdlaw.com
*Counsel for Plaintiff Plymouth County Retirement Association*

Mark P. Goodman
Email: mpgoodman@debevoise.com
Michael T. Leigh
Email: mtleigh@debevoise.com
Daniel Alan M. Ruley
Email: aruley@belldavispitt.com
*Counsel for Defendant Culligan International Company*

Jonathan P. Heyl
Email: jon.heyl@smithmoorelaw.com
*Counsel for Defendant Andrew J. Filipowski*

Thomas S. Babel
Email: tsb@wardandsmith.com
Frances Floriano Goins
Email: fgoins@ulmer.com
Isaac J. Eddington
Email: ieddington@ulmer.com
*Counsel for Defendant Carl V. Santoiemmo*

Douglas William Ey, Jr.
Email: dey@mcguirewoods.com
Mark W. Kinghorn
Email: mkinghorn@mcguirewoods.com
R. Matthew Pearson
Email: mpearson@mcguirewoods.com
*Counsel for Defendants Stifel, Nicolaus & Company, Inc., BB&T Capital Markets, Janney Montgomery Scott LLC, and Signal Hill Capital Group LLC*

This 12th day of April, 2012.

/s/ Kiran H. Mehta
Kiran H. Mehta
N.C. State Bar No. 11011
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331-7437
(704) 353-3137 fax
kiran.mehta@klgates.com

*Attorneys for Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore*