UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Plymouth County Retirement　　　　)
Association, on Behalf of Itself and　)
All Others Similarly Situated,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff(s),　　　　　　　　)
　　　　　　　　　　　　　　　　　)　Case No.: 11-CV-1068
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Primo Water Corporation, et al.　　　)
　　　　Defendant(s).　　　　　　　)

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u>Culligan International Co.</u> who is <u>a Defendant</u>,
　(Name of Party)　　　　　　(Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

　　( ) Yes　　　　(✓) No

2. Does party have any parent corporations?

　　(✓) Yes　　　　( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Culligan Holding Company; Culligan Holding Company B.V.; Culligan Holding S.ar.l.; Culligan International S.ar.l.; Culligan Investments S.as.l. Culligan Ltd.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes         (✓) No

   If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes         (✓) No

   If yes, identify entity and nature of interest: _____

| /s/Alan M. Ruley | April 12, 2012 |
|---|---|
| (Signature) | (Date) |

Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
100 North Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27120-1029
Telephone: 336/714-4147
Facsimile: 336/722-8153
Email: aruley@belldavispitt.com

MDNC (01/03)

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Leslie Bruce McDaniel
MCDANIEL & ANDERSON LLP
Email: mcdas@mcdas.com
Evan J. Kaufman
ROBBINS GELLER RUDMAN & DOWD, LLP
ekaufman@rgrdlaw.com
*Attorneys for Plaintiffs*

Kiran H. Mehta
Email: kiran.mehta@klgates.com
Molly Leigh McIntosh
Email: molly.mcintosh@klgates.com
K&L GATES LLP
*Attorneys for Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, David L. Warnock, and Jack C. Kilgore*

Douglas W. Ey, Jr.
Email: dey@mcguirewoods.com
R. Matthew Pearson
Email: mpearson@mcguirewoods.com
MCGUIREWOODS LLP
*Attorneys for Defendants Stifel, Nicolaus & Company, Inc., BB&T Capital Markets, Janney Montgomery Scott, LLC, and Signal Hill Capital Group, LLC*

Jonathan P. Heyl
Email: jon.heyl@smithmoorelaw.com
SMITH MOORE, LLP
*Attorneys for Defendant Andrew J. Filipowski*

Thomas S. Babel
Email: tsb@wardandsmith.com
WARD & SMITH, P.A.
Frances Floriano Goins
Email: fgoins@ulmer.com
Isaac J. Eddington
Email: jeddington@ulmer.com
ULMER & BERNE, LLP
*Attorneys for Defendant Carl V. Santoiemmo*

/s/ Alan M. Ruley
ALAN M. RULEY
N.C. State Bar No. 16407