IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
PLYMOUTH COUNTY RETIREMENT   )
ASSOCIATION, on Behalf of    )
Itself and All Others        )
Similarly Situated,          )
                             )
             Plaintiff(s),   )
                             )
     v.                      )    1:11CV1068
                             )
PRIMO WATER CORPORATION,     )
BILLY D. PRIM, MARK          )
CASTANEDA, DAVID J. MILLS,   )
RICHARD A. BRENNER, DAVID W. )
DUPREE, MALCOLM McQUILKIN,   )
DAVID L. WARNOCK, JACK C.    )
KILGORE, CULLIGAN            )
INTERNATIONAL COMPANY,       )
ANDREW J. FILIPOWSKI,        )
CARL V. SANTOIEMMO, STIFEL,  )
NICOLAUS & COMPANY, INC.,    )
BB&T CAPITAL MARKETS,        )
JANNEY MONTGOMERY SCOTT LLC, )
and SIGNAL HILL CAPITAL      )
GROUP LLC,                   )
                             )
             Defendants.     )
```

**ORDER**

This matter is before the court on the Joint Motion to Establish Deadlines for Filing Amended Complaint and Defendants' Responses Thereto filed by the parties to this action. (Doc. 42.)

By separate Order this date, the court appointed Employees' Retirement System of the Government of the Virgin Islands as "Lead Plaintiff" and approved its selection of counsel.

Based on the representations to the court and for good cause shown,

IT IS ORDERED that the Joint Motion to Establish Deadlines for Filing Amended Complaint and Defendants' Responses Thereto (Doc. 42) is APPROVED. The parties shall proceed on the following schedule:

(a) Lead Plaintiff shall file and serve any Amended Complaint within sixty (60) days after entry of the Order approving Lead Plaintiff and Lead Plaintiff's counsel, or inform Defendants' counsel and the court in writing that an Amended Complaint will not be filed.

(b) The time for Defendants to answer, move, or otherwise plead with respect to the Complaint or Amended Complaint shall be as follows:

(i) If Lead Plaintiff informs Defendants' counsel that it will not file an Amended Complaint, then: (A) Defendants shall answer, move against, or otherwise respond to the Complaint within sixty (60) days of their receipt of such written notice; (B) Lead Plaintiff shall have sixty (60) days thereafter to oppose any motion(s) to dismiss that may be filed by Defendants; and (C) Defendants shall have sixty (60) days after the filing of Lead Plaintiff's opposition papers to file their reply.

(ii) If Lead Plaintiff files an Amended Complaint, then: (A) Defendants shall answer, move against, or otherwise respond to the Amended Complaint within sixty (60) days after service; (B) Lead Plaintiff shall have sixty (60) days thereafter to oppose any

2

motion(s) to dismiss that may be filed by Defendants; and (C) Defendants shall have sixty (60) days after the filing of Lead Plaintiff's opposition papers to file their reply.

                                          /s/ Thomas D. Schroeder
                                          United States District Judge

April 13, 2012