IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 1:11-cv-01068-TDS-PTS |
| vs. | ) ) ) | |
| PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER ON LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

**THIS CAUSE** is before the Court on Lead Plaintiff's Unopposed Motion for Extension of Time to File Amended Complaint and Defendants' Responses Thereto. Having carefully considered the Motion and being otherwise fully advised in the premises, it is

**HEREBY ORDERED** and **ADJUDGED** that the Motion is approved.

DONE and ORDERED on this ____ day of _____, 2012.

_____
UNITED STATES MAGISTRATE JUDGE