UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>PRIMO WATER CORPORATION, BILLY D. PRIM, MARK CASTANEDA, DAVID J. MILLS, RICHARD A. BRENNER, DAVID W. DUPREE, MALCOLM McQUILKIN, DAVID L. WARNOCK, JACK C. KILGORE, CULLIGAN INTERNATIONAL COMPANY, ANDREW J. FILIPOWSKI, CARL V. SANTOIEMMO, STIFEL, NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, JANNEY MONTGOMERY SCOTT LLC, and SIGNAL HILL CAPITAL GROUP LLC,<br><br>                Defendants. | <u>CLASS ACTION</u><br><br>No. 11-cv-1068 |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER DIRECTING THE CLERK TO CHANGE THE CAPTION

Plaintiffs Plymouth County Retirement Association ("Plymouth County") and Employees' Retirement System of the Government of the Virgin Islands ("VI Retirement System") (collectively, "Plaintiffs") move this Court for an order directing the Clerk of Court to change the style of the caption. In support of this motion, Plaintiffs state:

1.      On December 2, 2011, Plymouth County filed its Class Action Complaint for Violations of the Securities Laws against multiple defendants including, Culligan International Company, Andrew J. Filipowski, Carl V. Santoiemmo (collectively, the "Selling Shareholder Defendants") and Jack C. Kilgore ("Kilgore").

2.      On April 13, 2012, the Court entered an Order appointing VI Retirement System as Lead Plaintiff in this matter and appointing the law firm of Robbins Geller Rudman & Dowd LLP as lead counsel ("Lead Counsel").

3.      On April 22, 2012, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Act (the "Amended Complaint"). The Amended Complaint does not name the Selling Shareholder Defendants or Kilgore as defendants, and does not allege any causes of action against the Selling Shareholder Defendants or Kilgore.

4.      As a result, Plaintiffs respectfully request the Clerk of Court change the caption, in order to remove the Selling Shareholder Defendants and Kilgore. Specifically, Plaintiffs request the Clerk of Court change the caption to:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re PRIMO WATER CORP. SECURITIES LITIGATION | ) ) CLASS ACTION ) ) 1:11-CV-01068-TDS-LPA ) |

On June 27, 2012 and June 28, 2012, Plaintiffs' Counsel, Kathleen L. Barber, Esq., reached out to Defendants' counsel and Defendants' counsel do not object to the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order directing the Clerk of Court to change the style of the master file at Case No. 11-cv-1068 to *In re Primo Water Corp. Securities Litigation*.

DATED: June 28, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
ROBERT J. ROBBINS
KATHLEEN L. BARBER

*/s/ David J. George*
DAVID J. GEORGE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
dgeorge@rgrdlaw.com
rrobbins@rgrdlaw.com
kbarber@rgrdlaw.com

McDANIEL & ANDERSON, L.L.P.
L. BRUCE McDANIEL (NC State Bar No. 5025)
P.O. Box 58186
Raleigh, NC 27658
Telephone: 919/872-3000
919/790-9273 (fax)
mcdas@mcdas.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

> */s/ David J. George*
> David J. George