UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re PRIMO WATER CORP. ) CLASS ACTION
SECURITIES LITIGATION )
) 1:11-CV-01068-TDS-LPA
)

**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER DIRECTING THE CLERK TO CHANGE THE CAPTION**

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for an Order Directing the Clerk to Change the Caption. Having carefully considered the Motion and being otherwise fully advised in the premises, it is

**HEREBY ORDERED** and **ADJUDGED** that the Motion is granted.

DONE and ORDERED on this ____ day of _____, 2012.

_____
UNITED STATES MAGISTRATE JUDGE