| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, on Behalf of Itself and All Others Similarly Situated, ) ) ) ) | Case No.: 1:11-cv-01068-TDS-LPA <u>CLASS ACTION</u> |
| Plaintiffs, ) ) v. ) ) PRIMO WATER CORPORATION, ET AL., ) ) Defendants. ) ) | |

## <u>ORDER</u>

This matter is before the Court on Defendants Primo Water Corporation, Billy D. Prim, Mark Castaneda, David J. Mills, Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, and David L. Warnock (collectively, "Primo Defendants") and Lead Plaintiff Employees' Retirement System of the Government of the Virgin Islands and Plaintiff Plymouth County Retirement Association (collectively, "Plaintiffs") Joint Motion for an Extension of Page Limits. The Court finds and concludes that, due to the extensive factual allegations and the number and complexity of legal claims asserted, and in order to address and facilitate the Court's review and consideration of these allegations and claims, the Primo Defendants and Plaintiffs should be allowed to submit briefs in excess of the page limitation prescribed by Local Rule 7.3(d) as follows.

NOW THERFORE, IT IS **ORDERED,** that the Joint Motion for an Extension of Page Limits (Doc. #54) is **GRANTED.** The page limitation for the parties' briefs shall be extended as follows:

CH-3125659 v1

1.     The page limitation for Primo Defendants' brief in support of their motion to dismiss shall be extended to forty (40) pages;

2.     The page limitation for Plaintiffs' response to Primo Defendants' motion to dismiss shall be extended to forty (40) pages; and

3.     The page limitation for Primo Defendants' reply to Plaintiffs' response shall be extended to twenty (20) pages.

**IT IS SO ORDERED.**

_____
United States District Judge

August _____, 2012