IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLYMOUTH COUNTY RETIREMENT )
ASSOCIATION, et al.,                )
                                    )
            Plaintiffs,             )
                                    )
        v.                          )        1:11-cv-1068
                                    )
PRIMO WATER CORPORATION, et )
al.,                                )
                                    )
            Defendants.             )

**JUDGMENT**

    For the reasons set forth in the Memorandum Opinion and
Order filed contemporaneously with this Judgment,

    IT IS ORDERED AND ADJUDGED that the motions to dismiss of
Defendants Billy D. Prim, Mark Castaneda, David J. Mills,
Richard A. Brenner, David W. Dupree, Malcolm McQuilkin, and
David L. Warnock (Doc. 58) and Defendants Stifel, Nicolaus &
Company, Inc., BB&T Capital Markets, Janney Montgomery Scott
LLC, and Signal Hill Capital Group LLC (Doc. 56) are GRANTED,
and Plaintiffs' claims against them are DISMISSED WITH
PREJUDICE.


                              ____/s/  Thomas D. Schroeder____
                              United States District Judge

August 14, 2013